LEHIGH VALLEY RAILROAD COMPANY OF NEW JERSEY, LEHIGH VALLEY HARBOR TERMINAL RAILWAY COMPANY, UNITED REAL ESTATE COMPANY, NATIONAL STORAGE COMPANY, THE CENTRAL RAILROAD COMPANY OF NEW JERSEY AND THE LONG DOCK COMPANY, PROSECUTORS, v. THE STATE BOARD OF TAXES AND ASSESSMENT AND THE MAYOR AND ALDERMEN OF JERSEY CITY, DEFENDANTS.

Argued June 8, 1926—Decided October 7, 1926.

**Taxes and Assessment—Property of Railroad Companies Not Used for Railroad Purposes.**

On writs of *certiorari*.

For the prosecutors, *Mr. Robert J. Bain*.

For the defendants, *Mr. Edward P. Sout, Edward L. Katzenbach*, attorney general, and *Thomas J. Brogan*.

PER CURIAM.

The writs of *certiorari* in these cases bring before the court the assessments of prosecutors' property for taxation for the years 1923 and 1924. There are six cases. The assessments were made by the local assessors of Jersey City. The property is owned by the prosecutors, but is not used for railroad purposes. The assessments were made as of October 1st, 1923, and October 1st, 1924. These cases are disposed of by what we said in the opinion in the case No. 245 (Lehigh Valley Railroad Co. *v.* State Board of Taxes and Assessment) for the years 1921 and 1922.

The testimony taken before the state board of taxes and assessment was returned with the writs in one printed volume.

A rule may be entered in accordance with the views above expressed.